HENRY KARCHER and SUSAN KARCHER, his wife, *v.* THOMAS T. GREEN.

*Judgment Against a Minor.*

The Superior Court will set aside a judgment entered upon a bond with warrant of attorney against a party, when it appears to their satisfaction that he was a minor under the age of twenty-one years at the time said bond was signed by him.

*(Kent, May 3, 1888.)*

RULE to show cause why the judgment No. 398, to October

Term, 1883, for $396.89 entered April 14, 1884, and should not be set aside. The ground alleged was that the said Susan Karcher was a minor under the age of twenty-one years when she signed and executed the judgement bond on which the said judgment was entered. Date of the bond and warrant of attorney November 3, 1883.

Philemon Dill, father of Susan Karcher, testified she was born in July, 1863 or 1864.

Mr. Luff remembered going to see her after the birth of her child, Susan Karcher, she is near the age of one of my children, who was twenty-five years old on the 29th of April, 1863. There was not more than three or four months difference in their ages. Her mother, Mrs. Dill, was my sister.

Mrs. Martha Draper lived by Mr. Dill in July, 1862, and worked for him about his house that year, and his daughter Susan was not born when I left there in December of that year. She was not then born. I was married in 1861. I remember that also.

Mary E. Dill; Knows Susan Karcher, I was at Anthony Dill's reception, the day after his wedding in April, 1862, with Mrs. Dill, her mother, who took with her an infant daughter named Susan, whom she has known ever since by that name, and now named Susan Karcher. She was then about eight months old.

Thomas P. Green testified Susan Karcher had been married about three years when she signed the bond. It was signed at my house, and she then told me there in answer to my question how old she was, that she was twenty-one years.

Mrs. Andrew Dill testified : I was married April 8, 1862 ; the reception was the day after. Mrs. Philemon Dill was there and brought a baby with her, which might have been then one year or less than one year old. Her youngest child, *Laura Dill*, was born in 1865, just before a child of mine was born in August of that year.

THE COURT made the rule absolute, being satisfied on a preponderance of evidence, that the said Susan Karcher, the wife of the said Henry Karcher, was a minor under the age of twenty-one years at the time when she signed the bond on which the said judgment was entered.